

**NUMBER 13-16-00048-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

| | |
|---|---|
| **RUBEN JIMENEZ,** | **Appellant,** |

**v.**

| | |
|---|---|
| **THE STATE OF TEXAS,** | **Appellee.** |

**On Appeal from the 347th District Court
of Nueces County, Texas.**

# ORDER OF ABATEMENT

**Before Justices Rodriguez, Garza, and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's third motion for extension of time to file the brief. The reporter's record was filed on March 21, 2016, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). On April 25, 2016, this Court notified appellant's counsel that no appellate brief had been

filed. Appellant was advised that if a proper motion for extension of time to file the brief was not filed within ten days of receipt of this Court's notice, the Court would order the trial court to immediately conduct a hearing to determine the status of the appeal. Appellant failed to file a motion or otherwise respond within the requisite period of time.

Accordingly, on May 19, 2016, the Court abated and remanded the matter to the trial court, in accordance with Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, to allow the trial court to conduct a hearing to determine whether appellant desired to prosecute his appeal, whether the appellant was indigent, or if not indigent, whether retained counsel had abandoned the appeal, and to make appropriate findings and recommendations. If the appellant was indigent, we directed the trial court to take such measures as were necessary to assure effective representation of counsel. The trial court held a hearing and made findings that counsel had not filed an appellate brief because he had been unable to obtain a complete reporter's record.

After confirming counsel's receipt of the complete reporter's record, the appeal was reinstated on July 12, 2016 and counsel was notified the brief was due on or before August 11, 2016. Thereafter, this Court granted appellant two extensions of time totaling 122 days to file the brief, and appellant now seeks an additional 45 days, until January 30, 2017, to file the brief.

The Court GRANTS appellant's third motion for extension to file the brief and ORDERS the Honorable Roberto G. Vela to file the brief on or before January 30, 2017. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances. If

2

counsel fails to file the brief within the specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
21st day of December, 2016.